UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Idris DEMIRTAS,

Petitioner,

v.

Christopher J. LaROSE, et al.,

Respondents.

Case No.: 25-cv-3295-AGS-BJW

**ORDER GRANTING WRIT OF HABEAS CORPUS (ECF 1)**

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 15, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

Respondents must provide petitioner with a bond hearing before an immigration judge by **January 16, 2026**.

Dated: January 2, 2026

Hon. Andrew G. Schopler
United States District Judge