

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Idris Demirtas

                   **Plaintiff,**

              V.

see attached

                   **Defendant.**

Civil Action No. 25-cv-03295-AGS-BJW

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Habeas Petition is Granted.

Date: 1/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

                   S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>25-cv-3295-AGS-BJW</u>

Christopher J. Larose, Senior Warden, Otay Mesa Detention Center; Joseph Freden, Field Office Director of San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi Noem, in her Official Capacity, Secretary, U.S. Department of Homeland Security; Pam Bondi, in her Official Capacity, Attorney General of the United States